PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 2 4 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Melvin F. Allen #0339086
Plaintiff's Name and ID Number

Tarrant Co. Correction Center
Place of Confinement

CASE NO. 4-23CV-081-P
(Clerk will assign the number)

v. Ft. Worth P.D., badge
Officer Harris #(4179-0273)
Defendant's Name and Address

Officers (4179-0273)
Defendant's Name and Address

Other Officers (same beat) (same card)
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✔ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: N/A
      2. Parties to previous lawsuit:
         Plaintiff(s) N/A
         Defendant(s) N/A
      3. Court: (If federal, name the district; if state, name the county.) N/A
      4. Cause number: N/A
      5. Name of judge to whom case was assigned: N/A
      6. Disposition: (Was the case dismissed, appealed, still pending?) N/A
      7. Approximate date of disposition: N/A

# Tarrant County Sheriff's Office
# Grievance Response Form

| G233280 | 1/3/2023 | INTAKE | | 25. MISCELLANEOUS |
|---|---|---|---|---|
| Number | Received Date | Assigned To | Close Date | Classification |

| 61-B | ALLEN, MELVIN FRANKLIN | 0339086 |
|---|---|---|
| Housing | Name | CID |

**Grievance Response Summary**

YOUR GRIEVANCE HAS BEEN RECEIVED BY OUR OFFICE FOR INVESTIGATION. YOU WILL RECEIVE A RESPONSE WITHIN 60 DAYS. THANK YOU...

*"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."*

# Tarrant County Sheriff's Office
# Grievance Response Form

| Number | Received Date | Assigned To | Close Date | Classification |
|---|---|---|---|---|
| G233280 | 1/3/2023 | GILBERT | 1/13/2023 | 25. MISCELLANEOUS |

| Housing | Name | | CID | |
|---|---|---|---|---|
| 61-B | ALLEN, MELVIN FRANKLIN | | 0339086 | |

**Grievance Response Summary**

MR. ALLEN, THE ISSUES YOU HAVE EXPRESSED DO NOT MEET THE CRITERIA FOR A GRIEVANCE. YOU MAY SUBMIT A REQUEST FOR SERVICES TO RECEIVE ASSISTANCE AND/OR INFORMATION CONCERNING YOUR PROBLEMS. YOU WILL NEED TO CONTACT YOUR ATTORNEY TO HAVE ALL OF YOUR LEGAL QUESTIONS AND CONCERNS ADDRESSED. THANK YOU..

"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr. _____

*Press hard when writing*

**Name** Melvin F. Allen   **CID No.** 0339086

**Housing Assignment** 61-B-29   **Date** 01·01·2023

Is this an "American with Disabilities Act (ADA) Complaint?   Yes ☐   No ☑

State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.

My Grievance complaint is on the Fort Worth Police Dept. (West Division) Officer Harris as well as other arresting officers (4179-0273)# working the beat from Lackland to Las Vegas Trail. The arresting officer took me to J.P.S. Hospital after an unlawful arrest. Unknown officer (0873#) badge number also was an arrest officer on other charges works with "Officer Harris" on his beat. The same officers, 3 different incidents, they were the arresting officers. One incident I was injured, torn biceps, due to being handcuffed.

---

**GRIEVANCE OFFICE USE ONLY******************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** _____   **Date** _____   **Code** _____

**Referred to** _____   **Date** _____   **Time** _____

**Response by** _____   **Date** _____   **Time** _____

**GRIEVANCE SUMMARY RESPONSE**

_____
_____
_____
_____
_____
_____

White Copy To File    Canary Copy To Inmate (Grievance Response)    Pink Copy For Inmate Retention

S-101  GPC-1699  REV. 06-06

II. PLACE OF PRESENT CONFINEMENT: _Tarrant Co. Correction Center_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
   A. Name and address of plaintiff: _Melvin Franklin Allen CID# 0339086_
   _100 N. Lamar St._
   _Ft. Worth, TX 76196_

   B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

   Defendant #1: _Ft. Worth P.D. Head Officer Harris badge # (4179-0273)._

   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

   Defendant #2: _Unknown officers (same beat) on Arrest record (4179-0273)._

   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

   Defendant #3: _Unknown officers (same beat) on Arest record._

   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

   Defendant #4:

   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

   Defendant #5:

   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On (3) different occasions I was unlawfully arrested and harrassed.

My 2nd arrest about a year and a half ago I was physically injured by these officers. I was working on my truck when 1 of the officers pulled up on me, driving really slow. I asked him if I could help him with something. He jumps out the cruiser while I'm straddled over my engine compartment. Jerks my arms backward and upward ripping my bycept ligement in both arms.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Full investigation of unlawful arrest(s), compensation for physicall damages to my arms.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Melvin Allen, Chuck

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

CID #0339086

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___ YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

　1. Court that imposed sanctions (if federal, give the district and division): N/A
　2. Case number: N/A
　3. Approximate date sanctions were imposed: N/A
　4. Have the sanctions been lifted or otherwise satisfied?  ___ YES  ___ NO

4

p 4.                Statement of Claim        01-11-2023

INCIDENT 1.)

1st) Unlawful Arrest Also the beginning of harassment. About 2 yrs ago my truck was parked in a parking lot on the corner of Camp Bowie and Broadmore. And a Police officer pulled behind it while I was about to enter the store. The officer called out to get my attention, demanding that I walk back to my truck.

I asked him for what reason? he said that I ran the stop sign. So I walk back towards my truck. Thats when officer (Harris) pulls up with 2 more patrol cars, asking me about guns. They serched my truck, found nothin. Serched me and found less than a gram of Meth.

INCIDENT 2nd)

2nd) I was out on bond, working on my truck. While straddled over my engine a Police Cruiser pulls up really slow, Officer gets out making small talk. I ask'em, is there something that I could help him with. He states Yeah I gotta take you in. grabs me from behind

p. II to page 4. jerking my arms behind me and then, pushing upward, while im straddled over my engine compartment. Another officer pulls up, when they tryed to pull me out of the engine compartment, my foot gotten stuck. Pulling me backward while handcuffed I landed on my head, I felt my ligament rip in my arms. I've been in so much pain ever since. Oh yeah they found residue in a baggie.

INCIDENT 3.)

3rd The most recent arrest I still do not get. I was pulled over, while walking a bike. Although I had a warrant, still unsure why that officer pulled a gun on me, handcuffed me and repeatly punched me in the mouth. even drove down a 1-way street, the wrong way to do it. Officer Harris, is the senior officer of all of these officers.

   C. Has any court ever warned or notified you that sanctions could be imposed? \_\_\_\_ YES ✓ NO

   D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

     1. Court that issued warning (if federal, give the district and division): N/A
     2. Case number: N/A
     3. Approximate date warning was issued: N/A

Executed on: _____            *Melvin F. Allen*
            DATE                                                                     (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this   *18th*   day of   *January*  , 20 *23*.
           (Day)           (month)       (year)

                                                                             *Melvin F. Allen*
                                                                           (Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

## Instructions to a Prisoner *Pro Se* Plaintiff

Your suit _____ was filed on _____ and has been assigned case number _____.

These instructions do not include everything you need to know to pursue your case, but following them may help you avoid common mistakes that can result in delay or other consequences—including dismissal of your case.

1. **Filing Procedures** - The Local Civil Rules include the following requirements:

   - You must submit a judge's copy (a paper copy) of any document you file. If you want a file-stamped copy returned to you, submit the original, the judge's copy, and an extra copy to be returned to you, and provide a self-addressed, postage-paid envelope. The clerk cannot make an extra copy for you unless you first pay a fee of 50 cents per page.

   - You must type or legibly handwrite your documents on one side of numbered pages. Any exhibit or discovery material attached to the filing must be referred to in the filing. Any exhibit or discovery material not referred to in your filing or not attached to your filing may be returned to you.

2. **Address Change** - You must notify the Court if your address changes, or your case may be dismissed. Promptly file a written change of address notice in your case.

3. **Rules to Follow** - You must read and follow the Court's Local Civil Rules and the Federal Rules of Civil Procedure. Because the presiding judge is authorized to change how certain rules apply, you must read and follow the judge's orders in your case.

4. **Request for Attorney** - In a civil case, you generally are not entitled to a court-appointed attorney to represent you without cost to you. If you request a court-appointed attorney, a judge will decide whether to appoint an attorney depending on the circumstances of the case. Even if the court decides to appoint an attorney, the attorney cannot be forced to accept the appointment. You may call the Lawyer Referral Service of the State Bar of Texas at (800) 252-9690 for assistance in securing the services of a private attorney to represent you for a fee.

5. **Initial Case Review** - If the Court grants leave to proceed *in forma pauperis*, service of process will be withheld pending review of your complaint, and your complaint may be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

6. **Copies to Defendant** - After a defendant has been served your complaint, you must serve a copy of any other document you file upon the defendant's attorney (or upon the defendant, if the defendant is pro se). You must serve the opposing side by mail or another manner authorized by FED. R. CIV. P. 5 (b)(2). All documents must contain a Certificate of Service reflecting that you served the opposing side. This is an example of language you may use:

   - I hereby certify that on __(Date)__, I forwarded a copy of the foregoing document to _____, the attorney for (Defendant) at the address of _____.

     /Signature/_____

7. **Discovery Materials** - Do not file discovery materials with the clerk. If you file a motion to compel discovery, you may attach only the portions of discovery that are relevant to your motion.

8. **Questions About Your Case** - Do not write letters to the judge asking questions about your case - all communication with the judge should be through filings. Do not write letters to the clerk asking for instructions on how to handle your case, since the clerk is prohibited from giving legal advice.

**Mailing Address:**
United States District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

Melvin F. Allen 0339086
100 N. Lamar st.
Ft. Worth, TX 76196

LEGAL MAIL

United States
District Court
501 West 10th St.
Room 310#
Ft. Worth TX 76102

RECEIVED
JAN 24 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS