UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MELVIN F. ALLEN,**

   Plaintiff,

v.   No. 4:23-cv-0081-P

**FORT WORTH P.D. OFFICER HARRIS, ET AL.,**

   Defendants.

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the claims of Plaintiff, Melvin F. Allen, in this action are **DISMISSED** pursuant to the authority of 28 U.S.C. § 1915A(b).

**SO ORDERED** on this **2nd day** of **March 2023.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE